**UNITED STATES of America Plaintiff-Appellee**

v.

**Tracy J. YOST Defendant-Appellant**

No. 17-2510

United States Court of Appeals, Eighth Circuit.

Submitted: November 15, 2017

Filed: November 30, 2017

Teresa Ann Moore, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Plaintiff-Appellee

Robert Kuchar, Federal Public Defender's Office, Kansas City, MO, for Defendant-Appellant

Tracy J. Yost, Pro Se

Before WOLLMAN, BOWMAN, and LOKEN, Circuit Judges.

**PER CURIAM.**

Tracy Yost appeals the district court's[1] order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence modification based on Amendment 801 to the Guidelines.

Having reviewed the record, we affirm on the basis of the district court's statement in footnote 4 of its order, which indicated that even if Amendment 801 were to be given retroactive effect, the court would decline to modify Yost's sentence, because—consistent with the court's explanation at the time of Yost's sentencing—the court viewed the sentence as appropriate after considering the 18 U.S.C. § 3553(a) factors. See 18 U.S.C. § 3582(c)(2) (setting forth circumstances under which court may reduce defendant's prison term); see also Spirtas Co. v. Nautilus Ins. Co., 715 F.3d 667, 670-71 (8th Cir. 2013) (this court may affirm on any basis supported by record); cf. United States v. Hansen, 859 F.3d 576, 577-78 (8th Cir. 2017) (on direct appeal, affirming sentence that was inconsistent with Amendment 801; concluding that any error would have been harmless in light of district court's explanation of sentence imposed). We express no opinion as to the other aspects of

---

1. The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

the district court's order. The denial of relief is affirmed.